# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0306

_____

ROBERT L. ROBINSON,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

April 3, 2024

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236, 1245–46 (Fla. 2004).

LEWIS, B.L. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert L. Robinson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.